FLN (Rev. 3/2007) Deficiency Order
3:07cv515/MCR/EMT - ROBERT THEODORE WEIDOW vs. CHARLIE CRIST ET AL

Page 1 of 2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

ROBERT THEODORE WEIDOW

    vs                                                    Case No. 3:07cv515/MCR/EMT

CHARLIE CRIST ET AL

**ORDER**

Plaintiff's document, **a copy of the order issued by the District Judge on December 26, 2007, with "I appeal" written on it**, received by the clerk of court on January 14, 2008, was referred to the undersigned with the following deficiencies:

> The document is not in proper form. The title of the pleading, motion, or other paper must immediately follow the style of the case and shall include a clear, concise and specific identification of the document being filed and the filing party. The body of the document should state the nature of the filing party's request and the relief sought from the court. *See* N.D. Fla. Loc. R. 5.1(B)(2).

> The document does not contain Plaintiff's original signature. An original signature must be affixed to any document filed in paper form. *See* Fed. R. Civ. P. 11(a); N.D. Fla. Loc. R. 5.1(B)(5).

> The document does not have a proper signature block. The typed or printed name and address of the party filing the document must be included with the original signature. *See* Fed. R. Civ. P. 11(a).

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing. It may be resubmitted after the above-noted deficiencies are corrected.

FLN (Rev. 3/2007) Deficiency Order                                                                                          Page 2 of 2
3:07cv515/MCR/EMT - ROBERT THEODORE WEIDOW vs. CHARLIE CRIST ET AL

**DONE AND ORDERED** this 15th day of January 2008.

                                          /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**